MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRANCE P. MCMAHON (071910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:  (650) 815-7400
Facsimile:  (650) 815-7401

Attorneys for *Depomed, Inc*.

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
THEODORE J. CHIACCHO (*Pro Hac Vice*)
tchiacchio@rmmslegal.com
HEINZ J. SALMEN (*Pro Hac Vice*)
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:  (312) 527-2157
Facsimile:  (312) 222-6320

DURIE TANGRI LLP
DARALYN DURIE (169825)
ddurie@durietangri.com
SONALI MAITRA (254896)
smaitra@durietangri.com
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone:  (415) 362-6666
Facsimile:  (415) 236-6300

Attorneys for *Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia Corporation, and LUPIN LIMITED, an Indian Corporation,<br><br>Defendants. | No.  09-CV-05587 PJH<br><br>**STIPULATION AND [P~~ROPOSED~~] ORDER RESCHEDULING HEARING DATE AND BRIEFING SCHEDULE OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT TO DISMISS WITHOUT PREJUDICE PLAINTIFF'S SECOND CAUSE OF ACTION AND DEFENDANT'S COUNTERCLAIMS AND AFFIRMATIVE DEFENSES RELATED TO U.S. PATENT NO. 6,723,340** |

1  WHEREAS, Plaintiff filed a Motion to Amend the Complaint and Dismiss Without Prejudice Plaintiff's Second Cause of Action, Defendants' Third and Fourth Counterclaims and Defendants' Second, Third, Fourth and Fifth Affirmative Defenses Related to U.S. Patent No. 6,723,340 on August 2, 2010;

WHEREAS, the hearing on Plaintiff's above-referenced motion is presently set for September 8, 2010, at 9:00 in Courtroom 3 of the above-referenced Court;

WHEREAS, Defendants' opposition and Plaintiff's reply memorandum are presently due August 18, 2010, and August 25, 2010, respectively;

WHEREAS, due to scheduling conflict on Plaintiff's part, counsel has conferred and agreed that the hearing date should be rescheduled to September 15, 2010, and the briefing schedule amended;

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

1. The date on which Plaintiff's Motion to Amend the Complaint and Dismiss Without Prejudice Plaintiff's Second Cause of Action, Defendants' Third and Fourth Counterclaims and Defendants' Second, Third, Fourth and Fifth Affirmative Defenses Related to U.S. Patent No. 6,723,340 be heard be rescheduled to September 15, 2010, at 9:00a.m. in Courtroom 3 before the Honorable Phyllis J. Hamilton;

2. The date for filing Defendants' opposition be extended to August 25, 2010; and

3. The date for filing Plaintiff's reply be extended to September 1, 2010.

SO STIPULATED this 18th day of August 2010.

| MCDERMOTT WILL & EMERY LLP | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
|---|---|
| By:  */s/ William G. Gaede, III* <br> William G. Gaede, III <br> Attorneys for *Depomed, Inc.* | By:  */s/ Paul J. Molino* <br> Paul J. Molino <br> Attorneys for *Lupin Limited and Lupin Pharmaceuticals, Inc.* |

1  **SIGNATURE ATTESTATION**

2  Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained

3  from Paul Molino indicated by a "conformed" signature (/s/) within this e-filed document.

4                                           */s/ William G. Gaede, III*
                                             William G. Gaede, III
5

6

7                                       -oOo-

8  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

9

10  DATED:  8/20/10

11                                                        HONORABLE PHYLLIS J. HAMILTON
                                                          United States District Court Judge
12



*McDermott Will & Emery LLP*
*Attorneys At Law*
*Silicon Valley*

DM_US 26401615-1.082221.0015        2        **Stipulation and Order Extending Hearing Date and Briefing Schedule re M/Amend**
                                              **Case No. 09-CV-05587 PJH**