MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRANCE P. MCMAHON (071910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:    (650) 815-7401

Attorneys for *Depomed, Inc*.

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
THEODORE J. CHIACCHO (*Pro Hac Vice*)
tchiacchio@rmmslegal.com
HEINZ J. SALMEN (*Pro Hac Vice*)
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:   (312) 527-2157
Facsimile:    (312) 222-6320

DURIE TANGRI LLP
DARALYN DURIE (169825)
ddurie@durietangri.com
SONALI MAITRA (254896)
smaitra@durietangri.com
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone:   (415) 362-6666
Facsimile:    (415) 236-6300

Attorneys for *Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia Corporation, and LUPIN LIMITED, an Indian Corporation,<br><br>Defendants. | No.  09-CV-05587 PJH<br><br>**STIPULATION FOR WITHDRAWAL OF PLAINTIFF'S MOTION FOR LEAVE TO AMEND COMPLAINT AND DISMISS THE CAUSE OF ACTION, COUNTERCLAIMS, AND AFFIRMATIVE DEFENSES RELATED TO U.S. PATENT NO. 6,723,340, AND WITHDRAWAL OF DEFENDANTS' MOTION FOR SUMMARY JUDGMENT OF NONINFRINGEMENT OF THE '340 PATENT** |

# STIPULATION

WHEREAS, on August 2, 2010, Plaintiff filed a Motion for Leave to Amend its Complaint to Dismiss the Second Cause of Action related to U.S. Patent No. 6,723,340 (the "340 Patent"), and to dismiss Defendants' counterclaims and affirmative defenses related thereto, Dkt No. 53, and Plaintiff's motion is presently set to be heard September 15, 2010;

WHEREAS, on August 25, 2010, Defendants filed under seal an Opposition to Plaintiff's Motion to Amend and a Motion for Summary Judgment of Noninfringement of the '340 Patent, Dkt. No. 64, and Defendant's motion is presently noticed to be heard September 29, 2010;

WHEREAS, counsel conferred and agreed that Plaintiff will grant Defendants a covenant not to sue related to the '340 Patent, as described in an August 30, 2010, letter from William Gaede to Paul Molino, and as amended in a September 1, 2010, letter from William Rakoczy to William Gaede, to resolve these motions;

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that Plaintiff's Motion for Leave to Amend Its Complaint filed August 2, 2010, and Defendants' Motion for Summary Judgment filed under seal August 25, 2010, be withdrawn, and that the hearings related thereto be vacated from the Court's calendar.

SO STIPULATED this 3rd day of September 2010.

| MCDERMOTT WILL & EMERY LLP | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
|---|---|
| By: _/s/ William G. Gaede, III_<br>William G. Gaede, III<br><br>Attorneys for *Depomed, Inc.* | By: _/s/ Paul J. Molino_<br>Paul J. Molino<br><br>Attorneys for *Lupin Limited and Lupin Pharmaceuticals, Inc.* |

## SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Paul Molino indicated by a "conformed" signature (/s/) within this e-filed document.

_/s/ William G. Gaede, III_
William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 9/7/10



_____
HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

McDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY