1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   SONALI D. MAITRA (SBN 254896)
3  smaitra@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  RAKOCZY MOLINO MAZZOCHI SIWIK LLP
   WILLIAM A. RAKOCZY (*Pro Hac Vice*)
7  wrakoczy@rmmslegal.com
   PAUL J. MOLINO (*Pro Hac Vice*)
8  paul@rmmslegal.com
   6 West Hubbard Street, Suite 500
9  Chicago, Illinois  60654
   Telephone:    312-222-6301
10 Facsimile:    312-222-6321

11 Attorneys for Defendants and Counterclaimants LUPIN
   PHARMACEUTICALS, INC. a Virginia corporation,
12 and LUPIN LIMITED, an Indian corporation

13 MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
14 wgaede@mwe.com
   TERRANCE P. MCMAHON (071910)
15 tmcmahon@mwe.com
   ANDREW A. KUMAMOTO (178541)
16 akumamoto@mwe.com
   275 Middlefield Road, Suite 100
17 Menlo Park, CA 94025
   Telephone: (650) 815-7400
18 Facsimile: (650) 815-7401

19 Attorneys for Depomed, Inc.

20                     IN THE UNITED STATES DISTRICT COURT

21                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| 22  DEPOMED, INC., a California corporation, | Case No. 4:09-cv-05587-PJH |
| 23              Plaintiff and Counterdefendant, | **STIPULATION AND [PROPOSED]ORDER REGARDING JOINT CLAIM CONSTRUCATION STATEMENT AND CONSTRUCTION OF TERM** |
| 24       v. | |
| 25  LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation, | |
| 27              Defendants and Counterclaimants. | |

1  WHEREAS, the parties have worked diligently to complete the Joint Claim Construction Statement presently due on September 29, 2010 and believe that additional time will allow them to simplify the issues before the Court,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

1. The date on which the Joint Claim Construction Statement is due for all claim terms disclosed in the parties original Patent L.R. 4-1 disclosures shall be extended from September 29, 2010 to October 1, 2010; and

2. For the claim term "until all of said drug is released" that was subsequently disclosed by defendants as a term to be construed, the parties shall have until October 15, 2010 to file an amended Joint Claim Construction Statement that will address this claim term only.

Dated:  September 29, 2010                                        DURIE TANGRI LLP

By: */s/ Sonali D. Maitra*
    DARALYN J. DURIE
    SONALI D. MAITRA

Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. a Virginia corporation, and LUPIN LIMITED, an Indian corporation

Dated:  September 29, 2010                                        McDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
    WILLIAM G. GAEDE, III

Attorneys for Plaintiff and Counterdefendant Depomed, Inc.

/ / /

/ / /

/ / /

1

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated: September 29, 2010          */s/ Sonali D. Maitra*
                                                                 SONALI D. MAITRA

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated:  9/30/10

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*