MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRANCE P. MCMAHON (071910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:      (650) 815-7400
Facsimile:      (650) 815-7401

Attorneys for *Depomed, Inc*.

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
THEODORE J. CHIACCHO (*Pro Hac Vice*)
tchiacchio@rmmslegal.com
HEINZ J. SALMEN (*Pro Hac Vice*)
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:      (312) 527-2157
Facsimile:      (312) 222-6320

DURIE TANGRI LLP
DARALYN DURIE (169825)
ddurie@durietangri.com
SONALI MAITRA (254896)
smaitra@durietangri.com
332 Pine Street, Suite 200
San Francisco, CA 94104
Telephone:      (415) 362-6666
Facsimile:      (415) 236-6300

Attorneys for *Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia Corporation, and LUPIN LIMITED, an Indian Corporation,<br><br>Defendants. | No.  09-CV-05587 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER MODIFYING THE CASE MANAGEMENT SCHEDULE REGARDING THE BRIEFING ON CLAIM CONSTRUCTION** |

*Sidebar (left margin):* MCDERMOTT WILL & EMERY LLP  ATTORNEYS AT LAW  SILICON VALLEY

1    IT IS HEREBY STIPULATED AND AGREED, by and between the parties hereto,

2    through their respective counsel, that the schedule for the parties briefing on claim construction

3    set forth in the Joint Case Management Statement and adopted by the Court during the March 18,

4    2010, Case Management Conference, be modified as follows:

| Event | Parties' Proposed Date |
|---|---|
| Deadline for serving and filing Opening Claim Construction Brief (PLR 4.5(a)) | **11/22/2010** |
| Deadline for serving and filing Opposition to Claim Construction Brief (PLR 4.5(b)) | **12/06/2010** |
| Reply in support of Claim Construction Brief (PLR 4.5(c)) | **12/13/2010** |

   SO STIPULATED this 28th day of October 2010.

MCDERMOTT WILL & EMERY LLP          RAKOCZY MOLINO MAZZOCHI SIWIK LLP


By:  _/s/ William G. Gaede, III_          By:  _/s/ Paul J. Molino_
        William G. Gaede, III                        Paul J. Molino

   Attorneys for *Depomed, Inc.*              Attorneys for *Lupin Limited and Lupin Pharmaceuticals, Inc.*


### SIGNATURE ATTESTATION

   Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained

from Paul Molino indicated by a "conformed" signature (/s/) within this e-filed document.

                               _/s/ William G. Gaede, III_
                                  William G. Gaede, III


                          -oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**


DATED:  11/1/10

                         HONORABLE S. J. HAMILTON
                         United States District Court Judge



**STIPULATION AND ORDER MODIFYING CASE MANAGEMENT ORDER RE CLAIM CONSTRUCTION CASE NO. 09-CV-05587 PJH**

MCDERMOTT WILL & EMERY LLP
ATTORNEYS AT LAW
SILICON VALLEY