United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPOMED, INC.,

    Plaintiff,                                  No. C 09-5587 PJH

    v.                                      **ORDER**

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.

_____/

    The court is in receipt of chambers copies of plaintiff's opening brief on claim construction, along with two declarations in support. The declarations are not in usable format, as they include exhibits that are not tabbed. The court is unable to locate exhibits in lengthy declarations if the exhibits are not tabbed. The court will consider the contents of the declarations only if plaintiff provides usable copies of the declarations, no later than November 29, 2010.

**IT IS SO ORDERED.**

Dated: November 24, 2010

_____
PHYLLIS J. HAMILTON
United States District Judge