1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   SONALI D. MAITRA (SBN 254896)
3  smaitra@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  RAKOCZY MOLINO MAZZOCHI SIWIK LLP
   WILLIAM A. RAKOCZY (*Pro Hac Vice*)
7  wrakoczy@rmmslegal.com
   PAUL J. MOLINO (*Pro Hac Vice*)
8  paul@rmmslegal.com
   RACHEL PERNIC WALDRON (*Pro Hac Vice*)
9  rpernicwaldron@rmmslegal.com
   6 West Hubbard Street, Suite 500
10 Chicago, Illinois  60654
   Telephone:    312-222-6301
11 Facsimile:    312-222-6321

12 Attorneys for Defendants and Counterclaimants LUPIN
   PHARMACEUTICALS, INC. and LUPIN LIMITED
13
   MCDERMOTT WILL & EMERY LLP
14 WILLIAM G. GAEDE, III (136184)
   wgaede@mwe.com
15 TERRANCE P. MCMAHON (071910)
   tmcmahon@mwe.com
16 ANDREW A. KUMAMOTO (178541)
   akumamoto@mwe.com
17 275 Middlefield Road, Suite 100
   Menlo Park, CA 94025
18 Telephone:    650-815-7400
   Facsimile:    650-815-7401
19
   Attorneys for Plaintiff and Counterdefendant
20 Depomed, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>　　　　Plaintiff and Counterdefendant,<br><br>　　v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation,<br><br>　　　　Defendants and Counterclaimants. | Case No. 4:09-cv-05587-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR JANUARY 10, 2011 CLAIM CONSTRUCTION TUTORIAL** |

Plaintiff and Counterdefendant Depomed, Inc., Defendants and Counterclaimants Lupin Pharmaceuticals, Inc. and Lupin Limited, ("the parties"), their attorneys and agents, hereby stipulate and request as follows:

On Monday, January 10, 2011, the parties, their respective counsel of record and/or their employees, may bring into the United States Courthouse, located at 1301 Clay Street, Oakland, California, and set up in Courtroom 3 on the 3rd floor, certain electronic equipment and other materials which may include any of the following:

1. Breakout I Panasonic 3500/8' Tripod;
2. 25' Heavy Duty AC Cable;
3. 6' Tripod Screen With skirt;
4. 4000 Lumen XGA LCD Projector - White - NEC NP2000 - 4000 Lumen projector;
5. 25' VGA Cable;
6. 3' AC Power Strip;
7. Dalite 425 Safelock Stand With skirt;
8. Laptop computers and associated power cords and cables;
9. Cellular and other mobile telephones and personal data devices such as BlackBerry and iPhone mobile phones; and
10. Various office supplies such as pens, binders, notepads, etc.

Court staff, including Assistant U.S. Marshals on duty, are directed to allow and facilitate the activities set forth above.

Dated: January 6, 2011                                    Respectfully submitted,

                                                          DURIE TANGRI LLP


                                                    By:   */s/ Sonali D. Maitra*
                                                          SONALI D. MAITRA

                                                          Attorneys for Defendants and
                                                          Counterclaimants LUPIN
                                                          PHARMACEUTICALS, INC. and LUPIN
                                                          LIMITED

Dated: January 6, 2011 　　　　　　　　　　　　McDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
　　　WILLIAM G. GAEDE, III

Attorneys for Plaintiff and Counterdefendant
DEPOMED, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated: January 6, 2011 　　　　　　　　　　　　*/s/ Sonali D. Maitra*
　　　　　　　　　　　　　　　　　　　　　　　　SONALI D. MAITRA

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 1/7/11

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*
(Seal: UNITED STATES DISTRICT COURT NORTHERN DISTRICT OF CALIFORNIA)

---

3

STIP AND [PROPOSED] ORDER RE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR
CLAIM CONSTRUCTION TUTORIAL OF 1/10/11 / CASE NO. 4:09-cv-05587-PJH