DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
RACHEL PERNIC WALDRON (*Pro Hac Vice*)
rpernicwaldron@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, Illinois  60654
Telephone:    312-222-6301
Facsimile:    312-222-6321

Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. and LUPIN LIMITED

MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRANCE P. MCMAHON (071910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    650-815-7400
Facsimile:    650-815-7401

Attorneys for Plaintiff and Counterdefendant Depomed, Inc.

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation,<br><br>    Defendants and Counterclaimants. | Case No. 4:09-cv-05587-PJH<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR JANUARY 26, 2011 CLAIM CONSTRUCTION HEARING** |

Plaintiff and Counterdefendant Depomed, Inc., Defendants and Counterclaimants Lupin Pharmaceuticals, Inc. and Lupin Limited, ("the parties"), their attorneys and agents, hereby stipulate and request as follows:

On Wednesday, January 26, 2011, the parties, their respective counsel of record and/or their employees, may bring into the United States Courthouse, located at 1301 Clay Street, Oakland, California, and set up in Courtroom 3 on the 3rd floor, certain electronic equipment and other materials which may include any of the following:

1. Breakout I Panasonic 3500/8' Tripod;
2. 25' Heavy Duty AC Cable;
3. 6' Tripod Screen With skirt;
4. 4000 Lumen XGA LCD Projector - White - NEC NP2000 - 4000 Lumen projector;
5. 25' VGA Cable;
6. 3' AC Power Strip;
7. Dalite 425 Safelock Stand With skirt;
8. Laptop computers and associated power cords and cables;
9. Cellular and other mobile telephones and personal data devices such as BlackBerry and iPhone mobile phones; and
10. Various office supplies such as pens, binders, notepads, etc.

Court staff, including Assistant U.S. Marshals on duty, are directed to allow and facilitate the activities set forth above.

Dated: January 20, 2011         Respectfully submitted,

DURIE TANGRI LLP

By: */s/ Sonali D. Maitra*
SONALI D. MAITRA

Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. and LUPIN LIMITED

2
STIP AND [PROPOSED] ORDER RE REQUEST TO BRING EQUIPMENT INTO COURTROOM FOR CLAIM CONSTRUCTION HEARING OF 1/26/11 / CASE NO. 4:09-CV-05587-PJH

Dated: January 20, 2011

McDERMOTT WILL & EMERY LLP

By: */s/ William G. Gaede, III*
WILLIAM G. GAEDE, III

Attorneys for Plaintiff and Counterdefendant
DEPOMED, INC.

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated: January 20, 2011

*/s/ Sonali D. Maitra*
SONALI D. MAITRA

## [PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: January 21, 2011

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE