DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone:    312-222-6301
Facsimile:    312-222-6321

Attorneys for Defendants and Counterclaimants LUPIN
PHARMACEUTICALS, INC. a Virginia corporation,
and LUPIN LIMITED, an Indian corporation

MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRANCE P. MCMAHON (071910)
tmcmahon@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for Depomed, Inc.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>        Plaintiff and Counterdefendant,<br><br>    v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation,<br><br>        Defendants and Counterclaimants. | Case No. 4:09-cv-05587-PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER REGARDING CASE MANAGEMENT CONFERENCE AND STATEMENT DATES** |

WHEREAS, the parties are working diligently to complete the Joint Case Management Statement presently due on June 2, 2011 and believe that additional time will allow them to create a more comprehensive case management plan,

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, as follows:

1. The date on which the Joint Case Management Statement is due shall be extended from June 2, 2011 to June 23, 2011; and

2. The Case Management Conference presently set for June 9 shall be moved to June 30, 2011 at 2:00 p.m. or at a later time as will be convenient for the Court.

Dated: June 1, 2011                                             DURIE TANGRI LLP

                                                                By: */s/ Sonali D. Maitra*
                                                                        DARALYN J. DURIE
                                                                        SONALI D. MAITRA

                                                                Attorneys for Defendants and
                                                                Counterclaimants LUPIN
                                                                PHARMACEUTICALS, INC. a Virginia
                                                                corporation, and LUPIN LIMITED, an
                                                                Indian corporation

Dated: June 1, 2011                                             McDERMOTT WILL & EMERY LLP

                                                                By: */s/ William G. Gaede, III*
                                                                        WILLIAM G. GAEDE, III

                                                                Attorneys for Plaintiff and Counterdefendant
                                                                Depomed, Inc.

/ / /

/ / /

/ / /

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest

1

STIP AND [PROPOSED] ORDER RE JOINT CASE MANAGEMENT CONFERENCE & STATEMENT
/ CASE NO. 4:09-CV-05587-PJH

that concurrence in the filing of this document has been obtained.

Dated: June 1, 2011                                  */s/ Sonali D. Maitra*
                                                                 SONALI D. MAITRA

# [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

Dated: 6/2/11                                         _____
                                                                 HON. PHYLLIS J. HAMILTON
                                                                 UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

2
STIP AND [PROPOSED] ORDER RE JOINT CASE MANAGEMENT CONFERENCE & STATEMENT
/ CASE NO. 4:09-CV-05587-PJH