MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
ANDREW A. KUMAMOTO (178541)
akumamoto@mwe.com
SHANE G. SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:   (650) 815-7401

Attorneys for *Depomed, Inc.*

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
THEODORE J. CHIACCHO (*Pro Hac Vice*)
tchiacchio@rmmslegal.com
HEINZ J. SALMEN (*Pro Hac Vice*)
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, IL 60654
Telephone:   (312) 527-2157
Facsimile:   (312) 222-6320

DURIE TANGRI LLP
DARALYN J. DURIE, ESQ. (169825)
ddurie@durietangri.com
SONALI MAITRA, ESQ. (254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, California 94111
Telephone:   (415) 362-6666
Facsimile:   (415) 236-6300

Attorneys for *Lupin Pharmaceuticals, Inc. and Lupin Ltd.*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California Corporation,<br><br>                Plaintiff,<br><br>        v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia Corporation, and LUPIN LIMITED, an Indian Corporation,<br><br>                Defendants. | No.  09-CV-05587 PJH<br><br>**STIPULATION AND [~~PROPOSED~~] ORDER TO AMEND COMPLAINT** |

## STIPULATION

IT IS HEREBY STIPULATED, by and between the parties hereto, through their respective counsel, that Plaintiff may file the proposed amended complaint submitted herewith in the above-referenced action.

IT IS FURTHER STIPULATED, by and between the parties hereto, through their respective counsel, that the parties ask the Court to remove Plaintiff's pending Motion for Leave to Amend the Complaint, currently scheduled to be heard August 3, 2011, at 9:00AM, from the Court's calendar.

IT IS FURTHER STIPULATED, by and between the parties hereto, through their respective counsel, that Defendants may have 15 days within which to file their answer to Plaintiff's amended complaint.

SO STIPULATED this 11th day of July 2011.

MCDERMOTT WILL & EMERY LLP                RAKOCZY MOLINO MAZZOCHI SIWIK LLP

By: */s/ William G. Gaede, III*
   William G. Gaede, III

By: */s/ Paul J. Molino*
   Paul J. Molino

Attorneys for *Depomed, Inc.*

Attorneys for *Lupin Limited and Lupin Pharmaceuticals, Inc.*

## SIGNATURE ATTESTATION

Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained from Paul J. Molino indicated by a "conformed" signature (/s/) within this e-filed document.

   */s/ William G. Gaede, III*
   William G. Gaede, III

-oOo-

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

DATED: 7/12/11

HONORABLE PHYLLIS J. HAMILTON
United States District Court Judge

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

DM_US 28940097-2.082221.0015      1      STIPULATION AND ORDER TO FILE AMENDED COMPLAINT
CASE NO. 09-CV-05587 PJH