1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   SONALI D. MAITRA (SBN 254896)
3  smaitra@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  RAKOCZY MOLINO MAZZOCHI SIWIK LLP
   WILLIAM A. RAKOCZY (*Pro Hac Vice*)
7  wrakoczy@rmmslegal.com
   PAUL J. MOLINO (*Pro Hac Vice*)
8  paul@rmmslegal.com
   RACHEL PERNIC WALDRON (*Pro Hac Vice*)
9  rpernicwaldron@rmmslegal.com
   HEINZ J. SALMEN (*Pro Hac Vice*)
10 hsalmen@rmmslegal.com
   6 West Hubbard Street, Suite 500
11 Chicago, Illinois  60654
   Telephone:    312-222-6301
12 Facsimile:    312-222-6321

13 Attorneys for Defendants and Counterclaimants LUPIN
   PHARMACEUTICALS, INC. and LUPIN LIMITED
14
   MCDERMOTT WILL & EMERY LLP
15 WILLIAM G. GAEDE, III (SBN 136184)
   wgaede@mwe.com
16 TERRENCE P. MCMAHON (SBN 071910)
   tmcmahon@mwe.com
17 ANDREW A. KUMAMOTO (SBN 178541)
   akumamoto@mwe.com
18 275 Middlefield Road, Suite 100
   Menlo Park, CA 94025
19 Telephone:    650-815-7400
   Facsimile:    650-815-7401
20
   Attorneys for DEPOMED, INC.
21
                  IN THE UNITED STATES DISTRICT COURT
22
              FOR THE NORTHERN DISTRICT OF CALIFORNIA
23
                            OAKLAND DIVISION

24 DEPOMED, INC., a California corporation,          Case No. 4:09-cv-05587-PJH

25           Plaintiff and Counterdefendant,         **STIPULATED REQUEST FOR ORDER
                                                     CHANGING TIME**  AND ORDER DENYING
26      v.                                                          REQUEST
   LUPIN PHARMACEUTICALS, INC., a Virginia          Ctrm:   3
27 corporation, and LUPIN LIMITED, an Indian        Judge:  Honorable Phyllis J. Hamilton
   corporation,
28           Defendants and Counterclaimants.

_____
              STIPULATED REQUEST FOR ORDER CHANGING TIME / CASE NO. 4:09-CV-05587-PJH

WHEREAS, by order dated July 26, 2011, the Court set a Pretrial Schedule Following the Further Case Management Conference (hereafter "Pretrial Schedule");

WHEREAS, the parties engaged in alternative dispute resolution on September 29, 2011;

WHEREAS, the parties continue to engage in mediator-guided settlement discussions;

WHEREAS, the parties agree that an extension of the Pretrial Schedule dates will potentially preserve the parties' and Court's resources in light of ongoing settlement discussions;

WHEREAS, this is the parties' first request for an extension of the Pretrial Schedule;

WHEREAS, the requested time modifications will have no effect on the Court ordered Pretrial Conference (July 12, 2012) or Trial date (August 13, 2012);

THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

The Pretrial Schedule be amended as follows:

| Event | Date | Proposed Date |
| --- | --- | --- |
| Close of Fact Discovery; Summary Disclosure of Experts and Issues on Which Expert Reports will be Proffered | November 28, 2011 | January 31, 2012 |
| Expert Reports on Issue Party Bears Burden of Proof; Any Affirmative Expert Report | December 12, 2011 | February 10, 2012 |
| Rebuttal Expert Reports | January 12, 2012 | March 2, 2012 |
| Close of Expert Discovery | January 25, 2012 | March 16, 2012 |
| L/D File Dispositive Motions | February 15, 2012 | March 30, 2012 |
| Opposition Briefs to Dispositive Motions | March 6, 2012 | April 16, 2012 |
| Reply Briefs to Dispositive Motions | March 16, 2012 | April 25, 2012 |
| Dispositive Motions Hearing | April 11, 2012 (by Court Order) | May 9, 2012 |
| Pretrial Conference | July 12, 2012 (by Court Order) | July 12, 2012 (by Court Order) |
| Trial (up to 12 Days) | August 13, 2012 (by Court Order) | August 13, 2012 (by Court Order) |

Dated:  October 24, 2011                    DURIE TANGRI LLP

                                          By: /s/ Sonali D. Maitra
                                                DARALYN J. DURIE
                                                SONALI D. MAITRA

Dated:  October 24, 2011                    RAKOCZY MOLINO MAZZOCHI SIWIK LLP

                                          By: /s/ William A. Rakoczy
                                                WILLIAM A. RAKOCZY
                                                PAUL J. MOLINO
                                                RACHEL PERNIC WALDRON
                                                HEINZ J. SALMEN

                                          Attorneys for Defendants and Counterclaimants
                                          LUPIN PHARMACEUTICALS, INC. a Virginia
                                          corporation, and LUPIN LIMITED, an Indian
                                          corporation

Dated:  October 24, 2011                    McDERMOTT WILL & EMERY LLP

                                          By: /s/ William G. Gaede, III
                                                WILLIAM G. GAEDE, III
                                                TERRENCE P. MCMAHON
                                                ANDREW A. KUMAMOTO

                                          Attorneys for Plaintiff and Counterdefendant
                                          DEPOMED, INC.

## FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated:  October 24, 2011                    /s/ Sonali D. Maitra
                                                SONALI D. MAITRA

## [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing therefore, ~~IT IS SO ORDERED~~.   REQUEST IS DENIED.
THE COURT REQUIRES 120 DAYS BETWEEN DISPOSITIVE MOTIONS HEARING DATE AND TRIAL DATE.

Dated:  _ 10/24/11 _____          _____
                                          HON. PHYLLIS J. HAMILTON
                                          UNITED STATES DISTRICT COURT JUDGE

                                          IT IS SO ORDERED
                                          Judge Phyllis J. Hamilton

1

**CERTIFICATE OF SERVICE**

2          I certify that all counsel of record is being served on October 24, 2011with a copy of this

3 document via the Court's CM/ECF system.

4

5 Dated:  October 24, 2011                                    DURIE TANGRI LLP

6

7                                                    By: */s/ Sonali D. Maitra*
                                                           SONALI D. MAITRA

8
                                                    Attorneys for Defendants and Counterclaimants
9                                                   LUPIN PHARMACEUTICALS, INC. a Virginia
                                                    corporation, and LUPIN LIMITED, an Indian
10                                                  corporation

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28