1  DURIE TANGRI LLP
   DARALYN J. DURIE (SBN 169825)
2  ddurie@durietangri.com
   SONALI D. MAITRA (SBN 254896)
3  smaitra@durietangri.com
   217 Leidesdorff Street
4  San Francisco, CA  94111
   Telephone:    415-362-6666
5  Facsimile:    415-236-6300

6  RAKOCZY MOLINO MAZZOCHI SIWIK LLP
   WILLIAM A. RAKOCZY (*Pro Hac Vice*)
7  wrakoczy@rmmslegal.com
   PAUL J. MOLINO (*Pro Hac Vice*)
8  paul@rmmslegal.com
   RACHEL PERNIC WALDRON *(Pro Hac Vice)*
9  rpernicwaldron@rmmslegal.com
   HEINZ J. SALMEN *(Pro Hac Vice)*
10 hsalmen@rmmslegal.com
   6 West Hubbard Street, Suite 500
11 Chicago, Illinois  60654
   Telephone:    312-222-6301
12 Facsimile:    312-222-6321

13 Attorneys for Defendants and Counterclaimants LUPIN
   PHARMACEUTICALS, INC. and LUPIN LIMITED
14
   MCDERMOTT WILL & EMERY LLP
15 WILLIAM G. GAEDE, III (SBN 136184)
   wgaede@mwe.com
16 TERRENCE P. MCMAHON (SBN 071910)
   tmcmahon@mwe.com
17 ANDREW A. KUMAMOTO (SBN 178541)
   akumamoto@mwe.com
18 275 Middlefield Road, Suite 100
   Menlo Park, CA 94025
19 Telephone:    650-815-7400
   Facsimile:    650-815-7401
20
   Attorneys for DEPOMED, INC.
21

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>    Plaintiff and Counterdefendant,<br><br>    v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation,<br><br>    Defendants and Counterclaimants. | Case No. 4:09-cv-05587-PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME**   AND ORDER DENYING REQUEST<br><br>Ctrm:   3<br>Judge:  Honorable Phyllis J. Hamilton |

1    WHEREAS, by order dated July 26, 2011, the Court set a Pretrial Schedule Following the Further Case Management Conference (hereafter "Pretrial Schedule");

2    WHEREAS, the parties engaged in alternative dispute resolution on September 29, 2011;

3    WHEREAS, the parties continue to engage in mediator-guided settlement discussions;

4    WHEREAS, the parties agree that an extension of the Pretrial Schedule dates will potentially preserve the parties' and Court's resources in light of ongoing settlement discussions;

5    WHEREAS, this is the parties' first request for an extension of the Pretrial Schedule;

6    WHEREAS, the requested time modifications will have no effect on the Court ordered Pretrial Conference (July 12, 2012) or Trial date (August 13, 2012);

7    THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

The Pretrial Schedule be amended as follows:

| Event | Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery; Summary Disclosure of Experts and Issues on Which Expert Reports will be Proffered | November 28, 2011 | January 31, 2012 |
| Expert Reports on Issue Party Bears Burden of Proof; Any Affirmative Expert Report | December 12, 2011 | February 10, 2012 |
| Rebuttal Expert Reports | January 12, 2012 | March 2, 2012 |
| Close of Expert Discovery | January 25, 2012 | March 16, 2012 |
| L/D File Dispositive Motions | February 15, 2012 | March 30, 2012 |
| Opposition Briefs to Dispositive Motions | March 6, 2012 | April 16, 2012 |
| Reply Briefs to Dispositive Motions | March 16, 2012 | April 25, 2012 |
| Dispositive Motions Hearing | April 11, 2012 (by Court Order) | May 9, 2012 |
| Pretrial Conference | July 12, 2012 (by Court Order) | July 12, 2012 (by Court Order) |
| Trial (up to 12 Days) | August 13, 2012 (by Court Order) | August 13, 2012 (by Court Order) |

STIPULATED REQUEST FOR ORDER CHANGING TIME / CASE NO. 4:09-CV-05587-PJH

| | | |
|---|---|---|
| 1 | Dated: October 24, 2011 | DURIE TANGRI LLP |
| 2 | | By: */s/ Sonali D. Maitra* |
| 3 | | DARALYN J. DURIE<br>SONALI D. MAITRA |
| 4 | Dated: October 24, 2011 | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| 5 | | By: */s/ William A. Rakoczy* |
| 6 | | WILLIAM A. RAKOCZY<br>PAUL J. MOLINO<br>RACHEL PERNIC WALDRON<br>HEINZ J. SALMEN |
| | | Attorneys for Defendants and Counterclaimants<br>LUPIN PHARMACEUTICALS, INC. a Virginia corporation, and LUPIN LIMITED, an Indian corporation |
| 11 | Dated: October 24, 2011 | McDERMOTT WILL & EMERY LLP |
| 12 | | By: */s/ William G. Gaede, III* |
| 13 | | WILLIAM G. GAEDE, III<br>TERRENCE P. MCMAHON<br>ANDREW A. KUMAMOTO |
| 15 | | Attorneys for Plaintiff and Counterdefendant<br>DEPOMED, INC. |

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated: October 24, 2011                              */s/ Sonali D. Maitra*
                                                      SONALI D. MAITRA

**[PROPOSED] ORDER**

REQUEST IS DENIED.

Upon stipulation of the parties and good cause appearing therefore, ~~IT IS SO ORDERED~~.
THE COURT REQUIRES 120 DAYS BETWEEN DISPOSITIVE MOTIONS HEARING DATE AND TRIAL DATE.

Dated: 10/24/11

HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

*IT IS SO ORDERED*
*Judge Phyllis J. Hamilton*

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on October 24, 2011 with a copy of this document via the Court's CM/ECF system.

Dated: October 24, 2011                               DURIE TANGRI LLP

                                                      By: */s/ Sonali D. Maitra*
                                                              SONALI D. MAITRA

                                                      Attorneys for Defendants and Counterclaimants
                                                      LUPIN PHARMACEUTICALS, INC. a Virginia
                                                      corporation, and LUPIN LIMITED, an Indian
                                                      corporation