DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone:   415-362-6666
Facsimile:   415-236-6300

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
RACHEL PERNIC WALDRON *(Pro Hac Vice)*
rpernicwaldron@rmmslegal.com
HEINZ J. SALMEN *(Pro Hac Vice)*
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone:   312-222-6301
Facsimile:   312-222-6321

Attorneys for Defendants and Counterclaimants LUPIN
PHARMACEUTICALS, INC. and LUPIN LIMITED

MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
SHANE G. SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:   (650) 815-7400
Facsimile:   (650) 815-7401

Attorneys for DEPOMED, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation, <br>     Plaintiff and Counterdefendant, <br>   v. <br> LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation, <br>     Defendants and Counterclaimants. | Case No. 4:09-cv-05587-PJH <br><br> **STIPULATED REQUEST FOR ORDER CHANGING TIME** ~~AND REQUEST FOR TELEPHONE CONFERENCE WITH THE HONORABLE JUDGE HAMILTON~~ AS MODIFIED BY THE COURT <br> Ctrm:   3 <br> Judge:   Honorable Phyllis J. Hamilton |

1   WHEREAS, by order dated July 26, 2011, the Court set a Pretrial Schedule Following the Further Case Management Conference (hereafter "Pretrial Schedule");

2   WHEREAS, the parties engaged in alternative dispute resolution on September 29, 2011;

3   WHEREAS, the parties continue to engage in good-faith settlement discussions;

4   WHEREAS, the parties agree that an extension of the Pretrial Schedule dates will potentially preserve the parties' and Court's resources in light of ongoing settlement discussions;

5   WHEREAS, the parties have not been granted an extension of the Pretrial Schedule;

6   WHEREAS, the requested time modifications will have a minor effect on the Court ordered Pretrial Conference (July 12, 2012) or Trial date (August 13, 2012); assuming the Court is available.

7   WHEREAS, the parties assert that the anticipated trial length to be five (5) days, not twelve (12) as previously noted.

8   WHEREAS, the trial attorneys for Lupin have other trials set for August 2012;

9   WHEREAS, the parties respectfully request a trial date in late September or October 2012; and

10  WHEREAS, if necessary the parties will consider the option of being "second set" assuming the Court has a trial previously set on a date in late September or October 2012.

~~WHEREAS, the parties respectfully request to schedule a short telephone Conference with Judge Hamilton to explain these facts in more detail.~~

THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

The Pretrial Schedule be amended as follows:

| Event | Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery; Summary Disclosure of Experts and Issues on Which Expert Reports will be Proffered | November 28, 2011 | January 20, 2012 |
| Expert Reports on Issue Party Bears Burden of Proof; Any Affirmative Expert Report | December 12, 2011 | January 27, 2012 |
| Rebuttal Expert Reports | January 12, 2012 | February 17, 2012 |
| Close of Expert Discovery | January 25, 2012 | March 12, 2012 |
| L/D File Dispositive Motions | February 15, 2012 | March 19, 2012 |

| **Event** | **Date** | **Proposed Date** |
|---|---|---|
| Opposition Briefs to Dispositive Motions | March 6, 2012 | April 4, 2012 |
| Reply Briefs to Dispositive Motions | March 16, 2012 | April 11, 2012 |
| Dispositive Motions Hearing | April 11, 2012 (by Court Order) | April 25, 2012 |
| Pretrial Conference | July 12, 2012 (by Court Order) | September 13, 2012 (by Court Order) |
| Trial (up to 5 Days) | August 13, 2012 (by Court Order) | October 15, 2012 (second place position) |

Dated: November 2, 2011                                  DURIE TANGRI LLP

                                                         By: */s/ Sonali D. Maitra*
                                                                 DARALYN J. DURIE
                                                                 SONALI D. MAITRA

Dated: November 2, 2011                                  RAKOCZY MOLINO MAZZOCHI SIWIK LLP

                                                         By: */s/ William A. Rakoczy*
                                                                 WILLIAM A. RAKOCZY
                                                                 PAUL J. MOLINO
                                                                 RACHEL PERNIC WALDRON
                                                                 HEINZ J. SALMEN

                                                         Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. a Virginia corporation, and LUPIN LIMITED, an Indian corporation

Dated: November 2, 2011                                  McDERMOTT WILL & EMERY LLP

                                                         By: */s/ William G. Gaede, III*
                                                                 WILLIAM G. GAEDE, III

                                                         Attorneys for Plaintiff and Counterdefendant DEPOMED, INC.

**FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated: November 2, 2011                                  */s/ Sonali D. Maitra*
                                                         SONALI D. MAITRA

**[PROPOSED] ORDER**

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

~~Further, a telephone conference is hereby ORDERED for _____.~~

Dated: 11/7/11



HON. _____ TON
_____ CT COURT JUDGE

# CERTIFICATE OF SERVICE

I certify that all counsel of record is being served on November 2, 2011 with a copy of this document via the Court's CM/ECF system.

Dated:  November 2, 2011                                        DURIE TANGRI LLP

                                                                By: */s/ Sonali D. Maitra*
                                                                        SONALI D. MAITRA

                                                                Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. a Virginia corporation, and LUPIN LIMITED, an Indian corporation