DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA  94111
Telephone:    415-362-6666
Facsimile:    415-236-6300

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
RACHEL PERNIC WALDRON *(Pro Hac Vice)*
rpernicwaldron@rmmslegal.com
HEINZ J. SALMEN *(Pro Hac Vice)*
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, Illinois  60654
Telephone:    312-222-6301
Facsimile:    312-222-6321

Attorneys for Defendants and Counterclaimants LUPIN
PHARMACEUTICALS, INC. and LUPIN LIMITED

MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
SHANE G. SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone:    (650) 815-7400
Facsimile:    (650) 815-7401

Attorneys for DEPOMED, INC.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| DEPOMED, INC., a California corporation,<br><br>            Plaintiff and Counterdefendant,<br><br>      v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation,<br><br>            Defendants and Counterclaimants. | Case No. 4:09-cv-05587-PJH<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME** ~~AND REQUEST FOR TELEPHONE CONFERENCE WITH THE HONORABLE JUDGE HAMILTON~~<br>AS MODIFIED BY THE COURT<br>Ctrm:   3<br>Judge:  Honorable Phyllis J. Hamilton |

1   WHEREAS, by order dated July 26, 2011, the Court set a Pretrial Schedule Following the Further
2  Case Management Conference (hereafter "Pretrial Schedule");
3   WHEREAS, the parties engaged in alternative dispute resolution on September 29, 2011;
4   WHEREAS, the parties continue to engage in good-faith settlement discussions;
5   WHEREAS, the parties agree that an extension of the Pretrial Schedule dates will potentially
6  preserve the parties' and Court's resources in light of ongoing settlement discussions;
7   WHEREAS, the parties have not been granted an extension of the Pretrial Schedule;
8   WHEREAS, the requested time modifications will have a minor effect on the Court ordered
9  Pretrial Conference (July 12, 2012) or Trial date (August 13, 2012); assuming the Court is available.
10   WHEREAS, the parties assert that the anticipated trial length to be five (5) days, not twelve (12)
11  as previously noted.
12   WHEREAS, the trial attorneys for Lupin have other trials set for August 2012;
13   WHEREAS, the parties respectfully request a trial date in late September or October 2012; and
14   WHEREAS, if necessary the parties will consider the option of being "second set" assuming the
15  Court has a trial previously set on a date in late September or October 2012.
16   ~~WHEREAS, the parties respectfully request to schedule a short telephone Conference with Judge~~
17  ~~Hamilton to explain these facts in more detail.~~
18   THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties,
19  through their undersigned counsel, hereby stipulate and agree that:
20   The Pretrial Schedule be amended as follows:

| Event | Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery; Summary Disclosure of Experts and Issues on Which Expert Reports will be Proffered | November 28, 2011 | January 20, 2012 |
| Expert Reports on Issue Party Bears Burden of Proof; Any Affirmative Expert Report | December 12, 2011 | January 27, 2012 |
| Rebuttal Expert Reports | January 12, 2012 | February 17, 2012 |
| Close of Expert Discovery | January 25, 2012 | March 12, 2012 |
| L/D File Dispositive Motions | February 15, 2012 | March 19, 2012 |

| **Event** | **Date** | **Proposed Date** |
|---|---|---|
| Opposition Briefs to Dispositive Motions | March 6, 2012 | April 4, 2012 |
| Reply Briefs to Dispositive Motions | March 16, 2012 | April 11, 2012 |
| Dispositive Motions Hearing | April 11, 2012 (by Court Order) | April 25, 2012 |
| Pretrial Conference | July 12, 2012 (by Court Order) | September 13, 2012 (by Court Order) |
| Trial (up to 5 Days) | August 13, 2012 (by Court Order) | October 15, 2012 (second place position) |

Dated:  November 2, 2011            DURIE TANGRI LLP

                    By: */s/ Sonali D. Maitra*
                            DARALYN J. DURIE
                            SONALI D. MAITRA

Dated:  November 2, 2011            RAKOCZY MOLINO MAZZOCHI SIWIK LLP

                    By: */s/ William A. Rakoczy*
                            WILLIAM A. RAKOCZY
                            PAUL J. MOLINO
                            RACHEL PERNIC WALDRON
                            HEINZ J. SALMEN

                    Attorneys for Defendants and Counterclaimants
                    LUPIN PHARMACEUTICALS, INC. a Virginia
                    corporation, and LUPIN LIMITED, an Indian
                    corporation

Dated:  November 2, 2011            McDERMOTT WILL & EMERY LLP

                    By: */s/ William G. Gaede, III*
                            WILLIAM G. GAEDE, III

                    Attorneys for Plaintiff and Counterdefendant
                    DEPOMED, INC.

### **FILER'S ATTESTATION**

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Sonali D. Maitra, attest that concurrence in the filing of this document has been obtained.

Dated:  November 2, 2011            */s/ Sonali D. Maitra*
                            SONALI D. MAITRA

[PROPOSED] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED.

~~Further, a telephone conference is hereby ORDERED for _____.~~

Dated: 11/7/11



_____
HON. PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

---

3

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on November 2, 2011 with a copy of this document via the Court's CM/ECF system.

Dated: November 2, 2011                              DURIE TANGRI LLP

By: */s/ Sonali D. Maitra*
                              SONALI D. MAITRA

Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. a Virginia corporation, and LUPIN LIMITED, an Indian corporation