UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEPOMED, INC.,

    Plaintiff,

    v.

LUPIN PHARMACEUTICALS, INC., et al.,

    Defendants.

_____/

No. C 09-5587 PJH

**ORDER OF REFERENCE TO MAGISTRATE JUDGE**

    Pursuant to Local Rule 72-1, this matter is referred to a Magistrate Judge for resolution of plaintiff's motion to compel production of documents and Rule 30(b)(6) witness, administrative motion to file documents under seal, and motion for order shortening time to hear discovery motion, and for all further discovery. Any date for hearing on discovery motions previously noticed on the undersigned's calendar is VACATED.

    The parties shall contact the courtroom clerk of the assigned Magistrate Judge about that judge's procedures for resolving discovery disputes. The information may also be available on the court's website.

**IT IS SO ORDERED.**

Dated: January 9, 2012

                                                                                                   _____
                                                                                                   PHYLLIS J. HAMILTON
                                                                                                   United States District Judge

cc: Lili, Assigned M/J, counsel of record