MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRY W. AHEARN (216543)
tahearn@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
SHANE G. SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025-4004
Telephone:     (650) 815-7400
Facsimile:     (650) 815-7401

Attorneys for *DEPOMED, INC.*


DURIE TANGRI LLP
DARALYN J. DURIE (SBN 169825)
ddurie@durietangri.com
SONALI D. MAITRA (SBN 254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: 415-362-6666
Facsimile: 415-236-6300


RAKOCZY MOLINO MAZZOCHI SIWIK LLP
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
RACHEL PERNIC WALDRON *(Pro Hac Vice)*
rpernicwaldron@rmmslegal.com
HEINZ J. SALMEN *(Pro Hac Vice)*
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone: 312-222-6301
Facsimile: 312-222-6321


Attorneys for Defendants and Counterclaimants *LUPIN PHARMACEUTICALS, INC. and LUPIN LIMITED*

IN THE UNITED STATES DISTRICT COURT

IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

Stipulated Request for Order Changing Time and Request for Telephone Conference

CASE NO. C-09-5587 PJH

| | |
|---|---|
| DEPOMED, INC., a California Corporation,<br><br>  Plaintiff and Counter-Defendant,<br><br>  v.<br><br>LUPIN PHARMACEUTICALS, INC., a Virginia Corporation, and LUPIN LIMITED, an Indian Corporation,<br><br>  Defendants and Counter-Claimants. | Case No. C-09-5587 (PJH)<br><br>ELECTRONIC CASE FILING<br><br>**STIPULATED REQUEST FOR ORDER CHANGING TIME ~~AND REQUEST FOR TELEPHONE CONFERENCE WITH HONORABLE JUDGE HAMILTON~~** |

WHEREAS, by order dated November 2, 2011, the Court set a Pretrial Schedule;

WHEREAS, the parties have been granted an extension of the Pretrial Schedule by Order dated November 2, 2011;

WHEREAS, the requested time modifications will not effect on the Court's previous Order (Dkt. No. 126) requiring 120 days between dispositive motions hearing date and trial date;

WHEREAS, Lupin has informed Depomed that it must travel to India to take the depositions of the Lupin witnesses noticed for deposition by Depomed;

WHEREAS, counsel for Depomed has been unable, despite its efforts, to secure all necessary travel documents and office space for these depositions in India before the close of fact discovery on January 20, 2012; and

WHEREAS, it may be necessary for Lupin to take the deposition of certain Depomed witnesses after the close of fact discovery;

THEREFORE, pursuant to Local Rule 6-2, and subject to the approval of this Court, the parties, through their undersigned counsel, hereby stipulate and agree that:

The Pretrial Schedule be amended as follows:

| Event | Date | Proposed Date |
|---|---|---|
| Close of Fact Discovery; Summary Disclosure of Experts and Issues on Which Expert Reports will be Proffered | January 20, 2012 | January 27, 2012 |
| Expert Reports on Issue Party Bears Burden of Proof; Any Affirmative Expert Report | January 27, 2012 | February 3, 2012 |

| | | |
|---|---|---|
| Rebuttal Expert Reports | February 17, 2012 | February 24, 2012 |
| Close of Expert Discovery | March 12, 2012 | March 15, 2012 |
| L/D File Dispositive Motions | March 19, 2012 | Same |
| Opposition Briefs to Dispositive Motions | April 4, 2012 | Same |
| Reply Briefs to Dispositive Motions | April 11, 2012 | Same |
| Dispositive Motions Hearing | April 25, 2012 | Same |
| Pretrial Conference | September 13, 2012 (by Court Order) | Same |
| Trial (up to 5 Days) | October 15, 2012 (second place position) | Same |

Dated:  January 9, 2012                                          McDERMOTT WILL & EMERY LLP


By:   /s/ Terry W. Ahearn
   William G. Gaede, III
   Terry W. Ahearn
   Bryan K. James
   Shane G. Smith

   Attorneys for Plaintiff and Counter-Defendant
   Depomed, Inc.


Dated:  January 9, 2012                                          DURIE TANGRI LLP


By:   /s/ Daralyn J. Durie
   Daralyn J. Durie
   Sonali D. Maitra

| | |
|---|---|
| | RAKOCZY MOLINO MAZZOCHI SIWIK LLP |
| | |
| | By:   /s/ Rachel Pernic Waldron |
| | William A. Rakoczy |
| | Paul J. Molino |
| | Rachel Pernic Waldron |
| | Heinz J. Salmen |
| | |
| | Attorneys for Defendants and Counterclaimants LUPIN PHARMACEUTICALS, INC. a Virginia corporation, and LUPIN LIMITED, an Indian corporation |

### FILER'S ATTESTATION

Pursuant to General Order No. 45, Section X (B) regarding signatures, I, Terry W. Ahearn, attest that concurrence in the filing of this document has been obtained.

Dated: January 9, 2012

/s/ Terry W. Ahearn

Terry W. Ahearn

### [~~PROPOSED~~] ORDER

Upon stipulation of the parties and good cause appearing therefore, IT IS SO ORDERED. ~~Further, a telephone conference is hereby ORDERED for _____~~

Dated: 1/12/12 ~~2012~~



Honorable Judge Phyllis J. Hamilton
United States District Court

Stipulated Request for Order Changing Time and Request for Telephone Conference     -4-     CASE NO. C-09-5587 PJH

## **CERTIFICATE OF SERVICE**

I certify that all counsel of record is being served on January 9, 2012, with a copy of this document via the Court's CM/ECF system.

Dated: January 9, 2012

                                                    /s/ Terry W. Ahearn

                                                  Terry W. Ahearn

DM_US 31301126-2.082221.0015

McDermott Will & Emery LLP
Attorneys At Law
Silicon Valley