MCDERMOTT WILL & EMERY LLP
WILLIAM G. GAEDE, III (136184)
wgaede@mwe.com
TERRY W. AHEARN (216543)
tahearn@mwe.com
BRYAN K. JAMES (260753)
bjames@mwe.com
SHANE G. SMITH (272630)
sgsmith@mwe.com
275 Middlefield Road, Suite 100
Menlo Park, CA 94025
Telephone: (650) 815-7400
Facsimile: (650) 815-7401

Attorneys for *Depomed, Inc.*

RAKOCZY MOLINO MAZZOCHI SIWIK LLP
PAUL J. MOLINO (*Pro Hac Vice*)
paul@rmmslegal.com
WILLIAM A. RAKOCZY (*Pro Hac Vice*)
wrakoczy@rmmslegal.com
THEODORE J. CHIACCHO (*Pro Hac Vice*)
tchiacchio@rmmslegal.com
HEINZ J. SALMEN *(Pro Hac Vice)*
hsalmen@rmmslegal.com
6 West Hubbard Street, Suite 500
Chicago, Illinois 60654
Telephone: (312) 222-6301
Facsimile: (312) 222-6320

DURIE TANGRI LLP
DARALYN J. DURIE (169825)
ddurie@durietangri.com
SONALI D. MAITRA (254896)
smaitra@durietangri.com
217 Leidesdorff Street
San Francisco, CA 94111
Telephone: (415) 362-6666
Facsimile: (415) 236-6300

Attorneys for *Lupin Pharmaceuticals, Inc.
and Lupin Limited*

**IN THE UNITED STATES DISTRICT COURT
IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION**

| | |
|---|---|
| DEPOMED, INC., a California corporation, | Case No. 09-CV-05587-PJH |
| Plaintiff and Counterdefendant, | **CONSENT INJUNCTION AND DISMISSAL ORDER** |
| v. | |
| LUPIN PHARMACEUTICALS, INC., a Virginia corporation, and LUPIN LIMITED, an Indian corporation, | **Honorable Phyllis J. Hamilton** |
| Defendants and Counterclaimants. | |

DM_US 32473302-1.082221.0015

This action for alleged patent infringement (the "Litigation") has been brought by Plaintiff Depomed, Inc. ("Depomed") against Defendants Lupin Pharmaceuticals, Inc. and Lupin Limited (collectively, "Lupin") for alleged infringement of United States Patent Nos. 6,635,280, 6,340,475, and 6,488,962 (collectively the "Depomed Patents"). Depomed's commencement of the Litigation was based on its receipt of notice from Lupin Limited that Lupin Limited had filed Abbreviated New Drug Application ("ANDA") No. 91-664 with the United States Food and Drug Administration containing a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to the Depomed Patents and seeking approval to market 500 mg and 1000 mg metformin tablets as a generic version of Glumetza®.

Depomed and Lupin have agreed to enter into a good faith final settlement agreement (the "Settlement and License Agreement") regarding this Litigation on the expectation and belief that this would eliminate the substantial litigation costs that would otherwise be incurred by both Depomed and Lupin during the Litigation, while also serving the public interest by saving judicial resources and avoiding the risks to each of the parties associated with infringement. The Settlement and License Agreement will afford Depomed and Lupin the procompetitive opportunity to more productively use money and other resources that would have been spent in the continued prosecution and defense of this Litigation, to the benefit of the parties and consumers alike, such as by investing more money in pharmaceutical research and development.

Each of Depomed and Lupin acknowledge there is significant risk to each of them associated with the continued prosecution of this Litigation and have consented to entry of this order through a final settlement as reflected herein. The Court, upon the consent and request of Depomed and Lupin, hereby issues the following Order.

Depomed and Lupin now consent to this Consent Injunction and Dismissal Order and IT IS HEREBY ORDERED that:

1. Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this Court.

2. In this Litigation, Depomed has charged Lupin with infringement of the Depomed Patents in connection with Lupin Limited's submission of ANDA No. 91-664 directed to generic

tablets containing 500 mg or 1000 mg of metformin per tablet to the U.S. Food and Drug Administration ("FDA").

3. In response to Depomed's charges of patent infringement, Lupin has alleged certain defenses and counterclaims, including that the Depomed Patents are invalid or not infringed. The Court has not adjudicated Depomed's charges of patent infringement or Lupin's defenses and counterclaims.

4. Lupin has agreed that each of the defenses and counterclaims set forth in its Answer, Affirmative Defenses and Counterclaims, including the allegations and averments contained therein, should be dismissed, without prejudice.

5. Lupin, their officers, agents, servants, employees and attorneys, and those persons in active concert or participation with them who receive actual notice of this Order by personal service or otherwise, are hereby enjoined from manufacturing, using, offering to sell or selling within the United States and its territories and possessions, including the Commonwealth of Puerto Rico (the "Territory"), or importing into the Territory, any generic tablet product containing 500 mg or 1000 mg of metformin per tablet that is the subject of ANDA No. 91-664 until:

    (a) February 1, 2016; or

    (b) At such earlier date as may be permitted by the Settlement and License Agreement that the Parties have entered into.

6. Depomed and Lupin each expressly waives any right to appeal or otherwise move for relief from this Consent Injunction and Dismissal Order.

7. All claims and defenses as between Depomed and Lupin are hereby dismissed without prejudice.

8. This Court retains jurisdiction over Depomed and Lupin for purposes of enforcing this Consent Injunction and Dismissal Order.

9. The Clerk of the Court is directed to enter this Consent Injunction and Dismissal Order forthwith.

1  **IT IS SO STIPULATED**.

2                                                              **McDERMOTT WILL & EMERY LLP**

4                                               By:      */s/ William G. Gaede, III*
                                                            William G. Gaede, III

5                                                       *Attorneys for Depomed, Inc.*

7                                                              **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**

9                                               By:      */s/ Paul J. Molino*
                                                            Paul J. Molino

                                                        *Attorneys for Lupin Pharmaceuticals, Inc.
                                                        and Lupin Limited*

13                          **SIGNATURE ATTESTATION**

14   Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained

15   from Paul J. Molino indicated by a "conformed" signature (/s/) within this e-filed document.

16                                                      */s/ William G. Gaede, III*
                                                            William G. Gaede, III

19   **IT IS SO ORDERED.**

21   DATED: _____

                                                        Honorable Phyllis J. Hamilton
                                                        Judge of the United States District Court