1  MCDERMOTT WILL & EMERY LLP
   WILLIAM G. GAEDE, III (136184)
2  wgaede@mwe.com
   TERRY W. AHEARN (216543)
3  tahearn@mwe.com
   BRYAN K. JAMES (260753)
4  bjames@mwe.com
   SHANE G. SMITH (272630)
5  sgsmith@mwe.com
   275 Middlefield Road, Suite 100
6  Menlo Park, CA 94025
   Telephone:  (650) 815-7400
7  Facsimile:   (650) 815-7401

8  Attorneys for *Depomed, Inc.*

9  RAKOCZY MOLINO MAZZOCHI SIWIK LLP
   PAUL J. MOLINO (*Pro Hac Vice*)
10 paul@rmmslegal.com
   WILLIAM A. RAKOCZY (*Pro Hac Vice*)
11 wrakoczy@rmmslegal.com
   THEODORE J. CHIACCHO (*Pro Hac Vice*)
12 tchiacchio@rmmslegal.com
   HEINZ J. SALMEN *(Pro Hac Vice)*
13 hsalmen@rmmslegal.com
   6 West Hubbard Street, Suite 500
14 Chicago, Illinois  60654
   Telephone:  (312) 222-6301
15 Facsimile:   (312) 222-6320

16 DURIE TANGRI LLP
   DARALYN J. DURIE (169825)
17 ddurie@durietangri.com
   SONALI D. MAITRA (254896)
18 smaitra@durietangri.com
   217 Leidesdorff Street
19 San Francisco, CA  94111
   Telephone:  (415) 362-6666
20 Facsimile:   (415) 236-6300

   Attorneys for *Lupin Pharmaceuticals, Inc.*
   *and Lupin Limited*

21
22 **IN THE UNITED STATES DISTRICT COURT
   IN AND FOR THE NORTHERN DISTRICT OF CALIFORNIA
   OAKLAND DIVISION**

23 DEPOMED, INC., a California corporation,                 Case No. 09-CV-05587-PJH

24            Plaintiff and Counterdefendant,         **CONSENT INJUNCTION AND
                                                         DISMISSAL ORDER**
25       v.

26 LUPIN PHARMACEUTICALS, INC., a              **Honorable Phyllis J. Hamilton**
   Virginia corporation, and LUPIN LIMITED, an
27 Indian corporation,

28            Defendants and Counterclaimants.

1      This action for alleged patent infringement (the "Litigation") has been brought by Plaintiff

2   Depomed, Inc. ("Depomed") against Defendants Lupin Pharmaceuticals, Inc. and Lupin Limited

3   (collectively, "Lupin") for alleged infringement of United States Patent Nos. 6,635,280,

4   6,340,475, and 6,488,962 (collectively the "Depomed Patents").   Depomed's commencement of

5   the Litigation was based on its receipt of notice from Lupin Limited that Lupin Limited had filed

6   Abbreviated New Drug Application ("ANDA") No. 91-664 with the United States Food and Drug

7   Administration containing a certification pursuant to 21 U.S.C. § 355(j)(2)(A)(vii)(IV) directed to

8   the Depomed Patents and seeking approval to market 500 mg and 1000 mg metformin tablets as a

9   generic version of Glumetza®.

10      Depomed and Lupin have agreed to enter into a good faith final settlement agreement (the

11   "Settlement and License Agreement") regarding this Litigation on the expectation and belief that

12   this would eliminate the substantial litigation costs that would otherwise be incurred by both

13   Depomed and Lupin during the Litigation, while also serving the public interest by saving judicial

14   resources and avoiding the risks to each of the parties associated with infringement.   The

15   Settlement and License Agreement will afford Depomed and Lupin the procompetitive

16   opportunity to more productively use money and other resources that would have been spent in

17   the continued prosecution and defense of this Litigation, to the benefit of the parties and

18   consumers alike, such as by investing more money in pharmaceutical research and development.

19      Each of Depomed and Lupin acknowledge there is significant risk to each of them

20   associated with the continued prosecution of this Litigation and have consented to entry of this

21   order through a final settlement as reflected herein.   The Court, upon the consent and request of

22   Depomed and Lupin, hereby issues the following Order.

23      Depomed and Lupin now consent to this Consent Injunction and Dismissal Order and

24   IT IS HEREBY ORDERED that:

25      1.      Subject matter jurisdiction, personal jurisdiction, and venue are all proper in this

26   Court.

27      2.      In this Litigation, Depomed has charged Lupin with infringement of the Depomed

28   Patents in connection with Lupin Limited's submission of ANDA No. 91-664 directed to generic

1    tablets containing 500 mg or 1000 mg of metformin per tablet to the U.S. Food and Drug

2    Administration ("FDA").

3        3.      In response to Depomed's charges of patent infringement, Lupin has alleged

4    certain defenses and counterclaims, including that the Depomed Patents are invalid or not

5    infringed.  The Court has not adjudicated Depomed's charges of patent infringement or Lupin's

6    defenses and counterclaims.

7        4.      Lupin has agreed that each of the defenses and counterclaims set forth in its

8    Answer, Affirmative Defenses and Counterclaims, including the allegations and averments

9    contained therein, should be dismissed, without prejudice.

10       5.      Lupin, their officers, agents, servants, employees and attorneys, and those persons

11   in active concert or participation with them who receive actual notice of this Order by personal

12   service or otherwise, are hereby enjoined from manufacturing, using, offering to sell or selling

13   within the United States and its territories and possessions, including the Commonwealth of

14   Puerto Rico (the "Territory"), or importing into the Territory, any generic tablet product

15   containing 500 mg or 1000 mg of metformin per tablet that is the subject of ANDA No. 91-664

16   until:

17           (a)     February 1, 2016; or

18           (b)     At such earlier date as may be permitted by the Settlement and License
                     Agreement that the Parties have entered into.
19

20       6.      Depomed and Lupin each expressly waives any right to appeal or otherwise move

21   for relief from this Consent Injunction and Dismissal Order.

22       7.      All claims and defenses as between Depomed and Lupin are hereby dismissed

23   without prejudice.

24       8.      This Court retains jurisdiction over Depomed and Lupin for purposes of enforcing

25   this Consent Injunction and Dismissal Order.

26       9.      The Clerk of the Court is directed to enter this Consent Injunction and Dismissal

27   Order forthwith.

28

1   **IT IS SO STIPULATED**.

2                                              **McDERMOTT WILL & EMERY LLP**

3

4                          By:        */s/ William G. Gaede, III*
                                         William G. Gaede, III

5                          *Attorneys for Depomed, Inc.*

6

7                                  **RAKOCZY MOLINO MAZZOCHI SIWIK LLP**

8

9                          By:        */s/ Paul J. Molino*
                                          Paul J. Molino

10                         *Attorneys for Lupin Pharmaceuticals, Inc.*
                           *and Lupin Limited*

11

12

13                            **SIGNATURE ATTESTATION**

14       Pursuant to General Order 45.X(B), I hereby attest that concurrence has been obtained

15   from Paul J. Molino indicated by a "conformed" signature (/s/) within this e-filed document.

16                                      */s/ William G. Gaede, III*
                                           William G. Gaede, III

17

18

19   **IT IS SO ORDERED.**

20

21   DATED:    3/27/12

22                                                        Hamilton
                          Judge of              s District Court

23

24

25

26

27

28